## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABU WA'EL (JIHAD) DHIAB,     :

     Petitioner,     :

     v.     :     Civil Action No. 05-1457 (GK)

BARACK H. OBAMA, et al.     :

     Respondents.     :

### ORDER

On October 3, 2014, the Court granted Press Applicants' Motion to Intervene and Unseal Videotape Evidence and ordered that certain information be redacted from the videotapes. [Dkt. No. 348]. In order to provide for the timely and efficient release of the videotapes to the public, it is hereby

**ORDERED**, that on or before Friday, October 17, 2014, the Government shall complete the previously ordered redactions; and it is further

**ORDERED**, that on or before Monday, October 20, 2014, Press Applicants and the Government shall submit a Joint Proposal regarding how the videotapes can be made available to the public most efficiently; and it is further

**ORDERED**, that the videotapes shall remain under seal until the Court has approved the Joint Proposal.

October 9, 2014

_Gladys Kessler_
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF